UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-60447-CIV-MARTINEZ-GOODMAN

RAHN BAHIA MAR LLC d/b/a BAHIA MAR YACHTING CENTER, A Foreign, Limited Liability Company,

Plaintiff,

v.

M/V "WAKU", her boilers, engines, tackle, equipment, freight, appliances, apparel, appurtenances, furnishings, etc., *in rem*, and the United States of America,

Defendants.

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Richard Newcomb of the law firm of DLA Piper LLP (US), 500 Eighth Street, NW, Washington, DC 20004, 202.799.4434, for purposes of appearance as co-counsel on behalf of Claimant EPBC Holdings, Ltd. in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Richard Newcomb to receive electronic filings in this case, and in support thereof states as follows:

1. Richard Newcomb is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia bar and the bar of the United States Court of International Trade.

2. Movant, Michael G. Austin, Esquire, of the law firm of DLA Piper LLP (US), 200 South Biscayne Blvd., Suite 2500, Miami, Florida 33131, 305.423.8522, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Richard Newcomb has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Richard Newcomb, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Richard Newcomb at email address: richard.newcomb@dlapiper.com.

WHEREFORE, Michael G. Austin moves this Court to enter an Order permitting Richard Newcomb to appear before this Court on behalf of Claimant EPBC Holdings, Ltd., for all purposes

relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Richard Newcomb.

Date: March 28, 2017
Miami, Florida

DLA PIPER LLP (US)

By: */s/ Michael G. Austin*
Michael G. Austin
Florida Bar No. 457205
michael.austin@dlapiper.com
200 South Biscayne Blvd.
Suite 2500
Miami, Florida 33131
Tel. 305.423.8522
Fax. 305.675.6366

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-60447-CIV-MARTINEZ-GOODMAN

RAHN BAHIA MAR LLC d/b/a BAHIA MAR YACHTING CENTER, A Foreign, Limited Liability Company,

Plaintiff,

v.

M/V "WAKU", her boilers, engines, tackle, equipment, freight, appliances, apparel, appurtenances, furnishings, etc., *in rem*, and the United States of America,

Defendants.

**CERTIFICATION OF RICHARD NEWCOMB**

Richard Newcomb, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the District of Columbia bar and the bar of the United States Court of International Trade.

Richard Newcomb

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by Certified Mail, Electronic Case Filing, on March 28, 2017, on all counsel or parties of record on the service list.

*/s/ Michael G. Austin*
Michael G. Austin

**SERVICE LIST**

Stuart R. Michelson
smichelson@michelsonlaw.com
The Law Office of Stuart R. Michelson
800 SE 3rd Avenue, 4th Floor
Ft. Lauderdale, FL 33316
Tel.: 954-463-6100
Fax: 954-463-5599

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-60447-CIV-MARTINEZ-GOODMAN

RAHN BAHIA MAR LLC d/b/a BAHIA MAR YACHTING CENTER, A Foreign, Limited Liability Company,

Plaintiff,

v.

M/V "WAKU", her boilers, engines, tackle, equipment, freight, appliances, apparel, appurtenances, furnishings, etc., *in rem*, and the United States of America,

Defendants.

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Richard Newcomb, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, and this Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Richard Newcomb may appear and participate in this action on behalf of Michael G. Austin. The Clerk shall provide electronic notification of all electronic filings to Richard Newcomb, at richard.newcomb@dlapiper.com

DONE AND ORDERED in Chambers at ______________________________, Florida, this

_____ day of March 2017.

______________________________________________
United States District Judge

Copies furnished to: All Counsel of Record